JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LORENZO MORA,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>MIKE KNOWLES, Warden,<br><br>　　　　Respondent. | Case No. CV 08-06166-CBM (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 4/11/11

_____
Consuelo B. Marshall
United States District Judge